# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158141(80)

KAITLIN HAHN,
        Plaintiff-Appellee,

v

GEICO INDEMNITY COMPANY,
        Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
        Defendant.
_____/

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

On order of the Chief Justice, the motion of Memberselect Insurance Company to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 17, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019            

                                    Clerk